United States District Court
Southern District of Texas
**ENTERED**
July 25, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE VIVEROS SALAS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:16-cv-00452 |
| | §           (JURY) |
| J HERNANDEZ GENERAL | § |
| CONTRACTING SERVICES, LLC, | § |
| JUVENTINO HERNANDEZ, and | § |
| ADA HERNANDEZ, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of Plaintiff Jose Viveros Salas and Defendants J Hernandez General Contracting Services, LLC, Juventino Hernandez, and Ada Hernandez (collectively, the "Parties") the above-referenced matter is dismissed with prejudice with all costs incurred taxed against the party incurring such costs.

SIGNED: July 22, 2016

DAVID HITTNER
U.S. DISTRICT COURT JUDGE